**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 15, 2012

No. 11-31027

Lyle W. Cayce
Clerk

DWAN TAPP

Plaintiff-Appellant

v.

WHIRLPOOL CORPORATION,
formerly known as Maytag Corporation,

Defendant-Appellee

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:08-CV-1134

Before JONES, Chief Judge, and WIENER and GRAVES, Circuit Judges.

PER CURIAM:[*]

There being no reversible error, the judgment of the district court is AFFIRMED.  See 5TH CIRCUIT LOC. RULE 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.